UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

**In re:**

**BRIAN JAMAL YOUNG**                             Case No. 22-40095-EJC

                                                                  Chapter 13

      **Debtor.**

_____/

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

**GRANT EDWARD LAVELLE SCHNELL** of the law firm of HOLLAND & KNIGHT LLP files this Notice of Appearance and Request for Service of Papers as counsel on behalf of **MV Realty PBC, LLC,** a creditor in the above-referenced case. Said person appears pursuant to Federal Rule of Bankruptcy Procedure 9010(b), and requests, pursuant to, *inter alia*, Federal Rules of Bankruptcy Procedure 2002 and 9007, that all notices given or required to be served in this case be served upon the below-named attorney:

Grant Edward Lavelle Schnell, Esq.
Holland & Knight LLP
1180 West Peachtree Street, NW, Suite 1800
Atlanta, GA 30309
Phone: 404-817-8560
Fax: 404-881-0470
Email: grant.schnell@hklaw.com

The foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, any notice, application, complaint, demand, motion, pleading, request, whether formal or informal, and financial reports, and whether transmitted or conveyed by mail, electronic mail, delivery, telephone, telegraph, telex, facsimile, or otherwise filed or made in or with regard to the above-

referenced case.

Respectfully submitted this February 18, 2022,

**HOLLAND & KNIGHT LLP**

*/s/ Grant Edward Lavelle Schnell*
Grant Edward Lavelle Schnell
Georgia Bar No. 106794
1180 West Peachtree Street, NW, Suite 1800
Atlanta, GA 30309
Telephone: (404) 817-8560
Facsimile: (404) 881-0470
E-mail: grant.schnell@hklaw.com

*Counsel for MV Realty PBC, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2022, a true and correct copy of the foregoing was served via the Court's CM/ECF System to all parties authorized to receive notice via CM/ECF.

                                        */s/ Grant Edward Lavelle Schnell*
                                        Grant Edward Lavelle Schnell
                                        Georgia Bar No. 106794